**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL, ROOM D444
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**October 12, 2010**

Mr. Kevin Hill
15259 NW 1st Street
Pembroke Pines, FL 33028

  Re: *Jordan v. Turbine Support International, LLC, et al.*, No. 3:10CV00235-WRW

Dear Mr. Hill:

As you are no doubt aware, Mr. John Coulter has filed a motion to withdraw as your attorney in this case.  If you have an objection to my granting the motion, you should advise me of your objection no later than Monday, October 25, 2010.

             Cordially,

             /s/ William R. Wilson, Jr.

Original to the Clerk of the Court
cc: Counsel of Record