IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**KALEIGH JORDAN**                                                                             **PLAINTIFF**

**v.**                              **3:10CV00235-WRW**

**TURBINE SUPPORT
INTERNATIONAL, LLC,** *et al.*                                           **DEFENDANTS**

## ORDER

Plaintiff's Motion to Dismiss (Doc. No. 17) is GRANTED, and this case is DISMISSED with prejudice.

IT IS SO ORDERED this 9th day of November, 2010.


                                            /s/Wm. R. Wilson, Jr.
                                    UNITED STATES DISTRICT JUDGE